TYPE OF HEARING:  PH/DH
CASE NUMBER: 1:26-mj-152
 MAGISTRATE JUDGE:Lindsey R. Vaala
DATE: 5/11/2026
 TIME: 2:00pm
 TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

                VS.

     Nazat Majif Mustafa

GOVT. ATTY:  Lauren Halper

DEFT'S ATTY:  Brittany Davidson

    DUTY AFPD/CJA:

INTERPRETER                                        LANGUAGE

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (   )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF THE VIOLATION(S) (   )
COURT TO APPOINT COUNSEL (   )   FPD (   ) CJA (   ) Conflict List (   )   Reappointed (   )
    Counsel appointed for the purpose of hearing in the EDVA(   )
    Counsel appointed for the purpose of todays hearing (   )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in
Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (   )

Consent to Trial Before US Magistrate Judge (   )
 Govt Motion to Seal (Dkt #13) -GRANTED.
 Govt adduced evidence.  Govt called govt witness #1 Agent McLaughlin.  Affidavit entered into evidence as
 Govt Exhibit #1. Deft cross examine witness. Govt redirect and rest.  Deft no argument as to PC. Court finds PC.
 Matter continued for further proceedings before the Grand Jury.
 Govt argues for detention under 18 USC 3142(f)(2)(A) & (B). Deft seeking release w/ conditions- DENIED.
 Sealed Motion (Dkt #14) - GRANTED. Deft is remanded to the custody of the USMS. Order to follow.

Deft recognized to appear at further court date (   )


NEXT COURT APPEARANCE _____TIME _____


_____

                                    In Court Time :   35 minutes