# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **5/27/2026**                           Judge:     Hon. Anthony J. Trenga
Time: **2:01 – 2:23**                        Reporter:  Rhonda Montgomery
                                             Deputy Clerk: Dani Zirk
                                             Interpreter:

Case Number: **1:26-MJ-152**

## UNITED STATES OF AMERICA

vs.

## NAZAR MAJID MUSTAFA                    **X**  Present    ___  Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Brittany Davidson** | **Lauren Halper** |

PROCEEDINGS:

[20] Sealed Motion by deft.

Argued and
(  ) Granted                 (**X**) Denied        (  ) Granted in part/Denied in part
(  ) Taken Under Advisement              (  ) Continued to

(**X**) Order to Follow