IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

> FILED
> IN OPEN COURT
>
> JUN  4 2026
>
> CLERK, U.S. DISTRICT COURT
> ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-CR-113 |
| v. | Count 1: 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5) (Cyberstalking) |
| NAZAR MAJID MUSTAFA, | |
| *Defendant.* | Count 2: 18 U.S.C. § 875(c) (Threatening Interstate Communications) |

**INDICTMENT**

June 2026 Term—at Alexandria, Virginia

**COUNT ONE**
**(Cyberstalking)**

THE GRAND JURY CHARGES THAT:

Between at least March 2025, through on or about May 7, 2026, in the Eastern District of Virginia and elsewhere, the defendant, NAZAR MAJID MUSTAFA, with the intent to kill, injure, harass, and intimidate another person, VICTIM-1, knowingly used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to VICTIM-1.

(All in violation of Title 18, U.S. Code, Sections 2261A(2)(B) and 2261(b)(5).)

## COUNT TWO
### (Threatening Interstate Communications)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2026, in the Eastern District of Virginia and elsewhere, the defendant, NAZAR MAJID MUSTAFA, intending to make a threat and knowing that the communication would be viewed as a threat, did transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, to wit: a voice message sent to VICTIM-1's family member threatening to injure and kill VICTIM-1.

(All in violation of Title 18, U.S. Code, Section 875(c).)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: _Lauren Halper_

Lauren Halper
Assistant United States Attorney