JS 45 (01/2008)    **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**    Under Seal:Yes ___ No X    Judge Assigned:    ·    PTG

City _____    Superseding Indictment _____    Criminal Number: 1:26-CR-113

County/Parish Eastern District of Virginia    ·Same Defendant ___ X ___    New Defendant _____

Magistrate Judge Case Number 1:26-MJ-152 ___    Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

Defendant Information:

**Juvenile --Yes ___ No X FBI #** _____ ·

**Defendant Name:** Mustafa, Nazar Majid ___    Alias Name(s) _____

**Address:** Manassas, VA 20111 ___

**Employment:** _____

**Birth date** 1968 **SS#** 5955    **Sex** M **Def Race** ___    Nationality ___    Place of Birth ___

**Height** 5'05" **Weight** 185 **Hair** Black    **Eyes** Brown    Scars/Tattoos _____

**Interpreter:** No ___ Yes List language and/or dialect: ___ Automobile Description _____

Location Status:

Arrest Date    05/07/2026 _____

X Already in Federal Custody as of    05/07/2026 ___ in ADC _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond

Defense Counsel Information:

Name:    Brittany M. Davidson ___    ___ Court Appointed    Counsel conflicted out: _____

Address:    1650 King Street Suite 500 Alexandria, VA 22314 ___    ___Retained

Telephone:703-600-0817 ___    X Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA    Lauren Halper ___    Telephone No:    703-299-3700 ___    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

FBI, Special Agent Alissa Thayer (Direct P#: 703-438-5817)

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5) | Cyberstalking | 1 | Felony |
| Set 2 | 18 U.S.C. § 875(c) | Threatening Interstate Communications | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:**    06/04/2026 ___    Signature of AUSA:    /s/ Lauren Halper ___