FILED
IN OPEN COURT

JUL    20

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAZAR MAJID MUSTAFA,<br><br>*Defendant.* | Case No. 1:26-CR-113<br><br>Count 1: 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)<br>Cyberstalking<br><br>Count 2: 18 U.S.C. § 875(c)<br>Threatening Interstate Communications<br><br>Count 3: 18 U.S.C. § 2252(a)(2) and (b)(1)<br>Receipt of Child Sexual Abuse Material<br><br>Count 4: 18 U.S.C. § 2252(a)(4)(B) and (b)(2)<br>Possession of Child Sexual Abuse Material<br><br>Forfeiture Notice |

### SUPERSEDING INDICTMENT

July 2026 Term—at Alexandria, Virginia

### COUNT ONE
#### (Cyberstalking)

THE GRAND JURY CHARGES THAT:

Between at least March 2025, through on or about May 7, 2026, in the Eastern District of Virginia and elsewhere, the defendant, NAZAR MAJID MUSTAFA, with the intent to kill, injure, harass, and intimidate another person, VICTIM-1, knowingly used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused,

1

attempted to cause, and would be reasonably expected to cause, substantial emotional distress to VICTIM-1.

(All in violation of Title 18, U.S. Code, Sections 2261A(2)(B) and 2261(b)(5).)

## COUNT TWO
### (Threatening Interstate Communications)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2026, in the Eastern District of Virginia and elsewhere, the defendant, NAZAR MAJID MUSTAFA, intending to make a threat and knowing that the communication would be viewed as a threat, did transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, to wit: a voice message sent to VICTIM-1's family member threatening to injure and kill VICTIM-1.

(All in violation of Title 18, U.S. Code, Section 875(c).)

## COUNT THREE
### (Receipt of Child Sexual Abuse Material)

THE GRAND JURY FURTHER CHARGES THAT:

Between at least on or about September 25, 2019, and on or about May 7, 2026, within the Eastern District of Virginia, the defendant, NAZAR MAJID MUSTAFA, did knowingly receive and attempt to receive a visual depiction using a means and facility of interstate and foreign commerce, and which visual depiction had been transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, to wit: sexually explicit videos of minors stored on a Western Digital My Passport Hard Drive (SN WX81EA9E73S1).

(All in violation of Title 18, U.S. Code, Section 2252(a)(2) and (b)(1).)

4

## COUNT FOUR
### (Possession of Child Sexual Abuse Material)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 7, 2026, within the Eastern District of Virginia, the defendant, NAZAR MAJID MUSTAFA, attempted to and did knowingly possess at least one matter containing a visual depiction that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials which had been mailed and so shipped and transported, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit: sexually explicit depictions of minors stored on a Western Digital My Passport Hard Drive (SN WX81EA9E73S1).

(All in violation of Title 18, U.S. Code, Section 2252(a)(4)(B) and (b)(2).)

5

**FORFEITURE NOTICE**

THE GRAND JURY FURTHER FINDS THAT:

The defendant, NAZAR MAJID MUSTAFA, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of Count two of this Indictment, the defendant, NAZAR MAJID MUSTAFA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2641(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

The defendant, NAZAR MAJID MUSTAFA, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of Counts three or four of this Indictment, the defendant, NAZAR MAJID MUSTAFA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a): (1) any and all matters that contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

1) Western Digital My Passport Hard Drive (SN WX81EA9E73S1).

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(Continued on next page).

(All in accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 2253(a); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2.)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
Lauren Halper
Assistant United States Attorney

7